LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION 105 DUES CHECK OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; AND SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br>        v.<br><br>MATRIX AIR BALANCE, INC.; STEVE KOLL BROCKMAN; individual,<br><br>    Defendants. | Case No. 2:18-cv-03237-CAS (AFMx)<br><br>Hon. Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the

Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada

---

ORDER AND JUDGMENT ON STIPULATION FOR JUDGMENT

("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal and Air Conditioning Contractors National Association of Southern California ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and Defendants, STEVE KOLL BROCKMAN ("Individual Defendant"); and MATRIX AIR BALANCE, INC. ("Company") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and Individual Defendant is indebted to the Plans in the total amount of $57,673.24 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $34,748.64 for the delinquent work months of December 2016, January 2017, February 2017, March 2017, and April 2017; $6,949.73 in liquidated damages for late payment or nonpayment of contributions for the work months of December 2016, January 2017, February 2017, March 2017, and April 2017; $3,474.86 in interest for late payment or nonpayment of contributions for the work months of December 2016, January 2017, February 2017, March 2017, and April 2017; and attorney's fees in the amount of $12,500.00.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $57,673.24 in delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees

and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through May 1, 2018 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED.**

Dated: April 19, 2018

_____
Hon. Christina A. Snyder
U.S. DISTRICT COURT JUDGE