LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS LOCAL UNION 105 DUES CHECK OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL INDUSTRY LABOR MANAGEMENT COOPERATION TRUST; AND SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>MATRIX AIR BALANCE, INC.; STEVE KOLL BROCKMAN; individual,<br><br>Defendants. | Case No. 2:18-cv-03237-CAS (AFMx)<br><br>Hon. Christina A. Snyder<br><br>[~~PROPOSED~~] ORDER AND JUDGMENT ON SUPPLEMENTAL STIPULATION FOR JUDGMENT |

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association of Sheet Metal Air, Rail and Transportation Workers Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal and Air Conditioning Contractors National Association of Southern California ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and Defendants, STEVE KOLL BROCKMAN ("Individual Defendant"); and MATRIX AIR BALANCE, INC. ("Company"), the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. That the Company and Individual Defendant agree that they are indebted to the Plans in the total amount of $80,985.55 as follows: contributions (including the "Savings Deferral" which are wages deducted from employee paychecks) in the amount of $40,880.44 for the delinquent work months of December 2017, January 2018, and February 2018; $8,176.09 in liquidated damages for late payment or nonpayment of contributions for the work months of December 2017, January 2018, and February 2018; $4,088.05 in interest for late payment or nonpayment of contributions for the work months of December 2017, January 2018, and February 2018; and, $15,340.97 in audit contributions and liquidated damages conducted for the period of January 1, 2014 through December 31, 2017; and attorney's fees in the amount of $12,500.00.

1

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $80,985.55 for delinquent employee benefit plan contributions, audit contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Order and Judgment on the Supplemental Stipulation for Judgment does not supersede or replace the prior Order and Judgment on the Stipulation for Judgment entered in this case on April 19, 2018. This Order and Judgment on the Supplemental Stipulation for Judgment only applies to the delinquencies that were accrued for the work months of December 2017, January 2018, and February 2018.

4. This Court retains jurisdiction over this matter through January 1, 2020 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED**.

Dated: December 6, 2018

_____
Hon. Christina A. Snyder